Frank J. D'Amico, Jr., PLC  
622 Baronne Street  
N.O., LA 70113  

Updated: 7/7/2014  
Prepared By: Nancy Pavon  

RE: **Barnett, Amelia**  
D/A: 5/17/2003  

| DESCRIPTION OF EXPENSES | DATES | AMOUNT | |
|---|---|---|---|
| Client "CASH" Advances | 11/9/07-4/26/10 | $24,316.63 | |
| Client "Living" Advances | 11/29/07-3/2/12 | $90,311.70 | |
| Client "Condo Dues" Advances | 11/29/07-2/29/12 | $3,165.00 | |
| Client "Condo Dues" Advances | FJD PAID PERSONALLY | $2,215.00 | |
| Eviction from Lismore filing fee | 2/2/12 ck#38433 | $80.00 | |
| Atmosphere Movers | Inv 2011-2420 2/16/12 LOG 4/11/12 | $2,490.00 | |
| Advance - Damage Dep/Rent | Ck#5489 2/8/12 | $3,200.00 | |
| Client "Co-Pay" Advances | 5/22/07-8/11/11 | $1,170.40 | |
| Client "Medical Ins." Advances | 6/12/07-4/1/09 | $2,733.24 | |
|  |  |  | **$129,681.97** |
| **Litigation/Misc Expenses** |  |  |  |
| Court Costs - 1/2 Split w/Bill Barnett | 12/4/06-5/1/12 $10,801.67 1/2 SPLIT | $5,400.83 | |
| Copies | 10/3/07-12/28/10 | $657.03 | |
| Courier | 10/23/2007-11/1/10 | $122.91 | |
| Deposition | 6/1/2009 | $577.75 | |
| Expert | 4/24/07-11/24/10 | $6,100.00 | |
| Travel | 11/20/2007 | $43.67 | |
| FJD, Jr. PLC | Postage/Copies 11/06-8/10 | $923.06 | |
| CPA (Kent Berger) | ck#37721 8/29/11 Tax Return 1/2 split | $1,000.00 | |
|  | *subtotal* | $14,825.25 | |
| **Medical Expenses** |  |  |  |
| Medical Treatment | 12/6/06-11/18/10 | $13,183.21 | |
| MRI | 12/29/06-1/19/2010 | $1,110.89 | |
| RX | 2/14/08-12/17/09 | $396.14 | |
|  | *subtotal* | $14,690.24 | |
|  |  |  | **$29,515.49** |
| **Medical Expenses - Guaranteed by FJD, Jr., PLC - Balances Due** | *NOT UPDATED* |  |  |
| Advanced Neurodiagnostic (Shamsnia) | 12/2/06-5/14/11 - PER STATEMENT | $3,990.00 | |
| MacGregor, M.D., John R. |  | $1,500.00 | |
| North Institute | as of 11/10/10 per Phyllis (mgr) | $531.66 | |
| Schof, Jr., Dr. Charles A. |  | $1,354.65 | |
| Stand Up Open MRI Cts of LA |  | $1,950.00 | |
|  |  |  | **$9,326.31** |
| **Balances Due - Various Liens** | *NOT UPDATED* |  |  |
| The Phia Group - Health Insurance Lien | 1/2/08-9/30/10 - per Julie Martin | $3,751.01 | |
| Discon Law Firm | Costs | $71.27 | |
|  |  |  | **$3,822.28** |
| **Interest** |  |  |  |
| Advocate (moved to FB&T) | 1/26/07-5/29/08 | $655.60 | |
| Advocate (prepaid int) | 2/1/07-12/31/07 | $790.65 | |
| First Bank & Trust | 5/29/08-3/26/14 | $36,311.23 | |
| Advocate (prepaid int) | 5/4/09-6/23/14 | $14,942.49 | |
|  |  |  | **$52,699.97** |

EXHIBIT B

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 59 | | RE: | **Barnett, Amelia** | | | **UPDATED 7/7/14** |
| 60 | | | D/A: | 5/17/2003 | | |
| 61 | | | | | | |
| 62 | Lien Satisfied - Jacques F. Bezou d/b/a The Bezou Law Firm | | **Costs split w/William Barnett** | | $63,555.34 | **$31,777.67** |
| 63 | *Bezou Reimburement for Overpayment of Orig Lien Payoff to Bezou for $63,555.34* | | CREDIT 1/2 split w/William Barnett ck#18147 2/1/12 $28,587.76 | | | ($14,293.88) |
| 64 | Chase Interest for Bezou Payoff - Carimi Law Firm | | **Split w/William Barnett $4,665.99** | | | **$2,333.00** |
| 65 | | | | | | |
| 66 | | | | | **\*\*TOTAL** | **$244,862.81** |
| 67 | *Cost Reimb from Funds Registry of Court 6/7/11 ck#14607008* | | | | | -$6,214.12 |
| 68 | *Interest earned frm Regisry of Court 6/7/11 ck#14607008* | | | | | -$455.04 |
| 69 | | | | | **NET TOTAL COSTS** | **$238,193.65** |

COST SUMMARY  AMELIA BARNETT  2

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Frank J. D'Amico, Jr., PLC | | | | Updated | 2/14/2014 |
| 2 | 622 Baronne Street | | | | Prepared By: | Nancy Pavon |
| 3 | N.O., LA 70113 | | | | | |
| 4 | | RE: | Barnett, Amelia | | | |
| 5 | | | D/A: | 5/17/2003 | | |
| 6 | | | | | | |
| 7 | **DESCRIPTION OF EXPENSES** | | **DATES** | | **AMOUNT** | |
| 8 | Client "CASH" Advances | | 11/9/07-4/26/10 | | $24,316.63 | |
| 9 | Client "Living" Advances | | 11/29/07-3/2/12 | | $90,311.70 | |
| 10 | Client "Condo Dues" Advances | | 11/29/07-2/29/12 | | $3,165.00 | |
| 11 | Client "Condo Dues" Advances | | FJD PAID PERSONALLY | | $2,215.00 | |
| 12 | Eviction from Lismore filing fee | | 2/2/12 ck#38433 | | $80.00 | |
| 13 | Atmosphere Movers | | Inv 2011-2420 2/16/12 LOG 4/11/12 | | $2,490.00 | |
| 14 | Advance - Damage Dep/Rent | | Ck#5489 2/8/12 | | $3,200.00 | |
| 15 | Client "Co-Pay" Advances | | 5/22/07-8/11/11 | | $1,170.40 | |
| 16 | Client "Medical Ins." Advances | | 6/12/07-4/1/09 | | $2,733.24 | |
| 17 | | | | | | **$129,681.97** |
| 18 | **Litigation/Misc Expenses** | | | | | |
| 19 | Court Costs - 1/2 Split w/Bill Barnett | | 12/4/06-5/1/12 $10,801.67 1/2 SPLIT | | $5,400.83 | |
| 20 | Copies | | 10/3/07-12/28/10 | | $657.03 | |
| 21 | Courier | | 10/23/2007-11/1/10 | | $122.91 | |
| 22 | Deposition | | 6/1/2009 | | $577.75 | |
| 23 | Expert | | 4/24/07-11/24/10 | | $6,100.00 | |
| 24 | Travel | | 11/20/2007 | | $43.67 | |
| 25 | FJD, Jr. PLC | | Postage/Copies 11/06-8/10 | | $923.06 | |
| 26 | CPA (Kent Berger) | | k#37721 8/29/11 Tax Return 1/2 split | | $1,000.00 | |
| 27 | | | subtotal | $14,825.25 | | |
| 28 | | | | | | |
| 29 | **Medical Expenses** | | | | | |
| 30 | Medical Treatment | | 12/6/06-11/18/10 | | $13,183.21 | |
| 31 | MRI | | 12/29/06-1/19/2010 | | $1,110.89 | |
| 32 | RX | | 2/14/08-12/17/09 | | $396.14 | |
| 33 | | | subtotal | $14,690.24 | | |
| 34 | | | | | | **$29,515.49** |
| 35 | **Medical Expenses - Guaranteed by FJD, Jr., PLC - Balances Due** | | *NOT UPDATED* | | | |
| 36 | Advanced Neurodiagnostic (Shamsnia) | | 12/2/06-5/14/11 - PER STATEMENT | | $3,990.00 | |
| 37 | MacGregor, M.D., John R. | | | | $1,500.00 | |
| 38 | North Institute | | as of 11/10/10 per Phyllis (mgr) | | $531.66 | |
| 39 | Schof, Jr., Dr. Charles A. | | | | $1,354.65 | |
| 40 | Stand Up Open MRI Cts of LA | | | | $1,950.00 | |
| 41 | | | | | | **$9,326.31** |
| 42 | **Balances Due - Various Liens** | | *NOT UPDATED* | | | |
| 43 | The Phia Group - Health Insurance Lien | | 1/2/08-9/30/10 - per Julie Martin | | $3,751.01 | |
| 44 | Discon Law Firm | | Costs | | $71.27 | |
| 45 | | | | | | **$3,822.28** |
| 46 | | | | | | |
| 47 | **Interest** | | | | | |
| 48 | Advocate (moved to FB&T) | | 1/26/07-5/29/08 | | $655.60 | |
| 49 | Advocate (prepaid int) | | 2/1/07-12/31/07 | | $790.65 | |
| 50 | First Bank & Trust | | 5/29/08-2/28/14 | | $35,685.95 | |
| 51 | Advocate (prepaid int) | | 5/4/09-2/28/14 | | $14,097.08 | |
| 52 | | | | | | **$51,229.28** |

COST SUMMARY　　　　　　　　　　　　AMELIA BARNETT　　　　　　　　1

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 59 | | RE: | **Barnett, Amelia** | | | *UPDATED 2/14/14* |
| 60 | | | D/A: | 5/17/2003 | | |
| 61 | | | | | | |
| 62 | Lien Satisfied - Jacques F. Bezou d/b/a The Bezou Law Firm | | **Costs split w/William Barnett** | | $63,555.34 | **$31,777.67** |
| 63 | *Bezou Reimburement for Overpayment of Orig Lien Payoff to Bezou for $63,555.34* | | CREDIT 1/2 split w/William Barnett ck#18147 2/1/12 $28,587.76 | | | *($14,293.88)* |
| 64 | Chase Interest for Bezou Payoff - Carimi Law Firm | | **Split w/William Barnett $4,665.99** | | | $2,333.00 |
| 65 | | | | | | |
| 66 | | | | | **TOTAL | $243,392.12 |
| 67 | *Cost Reimb from Funds Registry of Court 6/7/11 ck#14607008* | | | | | *-$6,214.12* |
| 68 | *Interest earned frm Regisry of Court 6/7/11 ck#14607008* | | | | | *-$455.04* |
| 69 | | | | **NET TOTAL COSTS** | | $236,722.96 |

COST SUMMARY          AMELIA BARNETT          2

| Frank J. D'Amico, Jr., PLC | | | PREPARED: | 3/17/2009 | | | |
|---|---|---|---|---|---|---|---|
| 622 Baronne Street | | | UPDATED | 2/14/2014 | | | |
| N.O., LA 70113 | | | | | | | |
| | RE: | Barnett, Amelia | | | | | |
| | | D/A: | 5/17/2003 | | | | |
| | CLIENT COST FUNDING RECAP | | | | | | |
| | | | | | | | Interest |
| Advocate | | Dates | Principal Draw Total | | Interest | | Rate |
| | Draws | 1/26/07-11/8/07 | $9,877.93 | moved to FB&T | | | |
| Interest | | 1/26/07-5/29/08 | | | $655.60 | moved to FB&T | 14.90% |
| Interest | | Prepaid Interest pd by Firm 2/1/07-12/31/07 | | | $790.65 | owed to PLC | 14.90% |
| Advocate - 2009 | | | | | | | |
| | New Draws | 4/28/09-12/17/09 | $27,193.45 | | | | |
| Interest | pd mthly | 5/4/09-2/28/14 | | | $14,097.08 | owed to PLC | 12.75% |
| First Bank | | | | | | | |
| | Draws | 5/28/2008-4/27/10 | $67,580.10 | | | | |
| | Interest | 5/29/08-2/28/14 | | | $35,685.95 | | 7.50% 7/15/08-12/31/10 |
| | | | | | | | 8.50% 1/11/11-present |
| | | TOTAL | $94,773.55 | | $51,229.28 | | |