| # | Frank J. D'Amico, Jr., PLC | | updated | 7/7/2014 |
|---|---|---|---|---|
| 1 | | | | |
| 2 | 622 Baronne Street | | Prepared by: | Nancy Pavon |
| 3 | New Orleans, LA 70113 | | Page 1 of 2 | |
| 4 | | RE: | Barnett, William | |
| 5 | | D/A: | 5/17/2003 | |
| 6 | | | | |
| 7 | **DESCRIPTION OF EXPENSE** | **DATES** | **Subtotals** | **AMOUNT** |
| 8 | Client "CASH/Living" Advances | 11/14/06-4/4/12 | | $120,610.39 |
| 9 | Client "Co-Pay" Advances | 5/22/07-9/1/11 | | $1,987.95 |
| 10 | Client "Life Insurance" Premiums | 10/16/08-12/2/08 | | $692.72 |
| 11 | | | **$123,291.06** | |
| 12 | **Litigation/Misc Expenses** | | | |
| 13 | Copies | 4/24/07-7/2/10 | | $3,257.92 |
| 14 | Copies | 10/19/2012 | | $1,145.97 |
| 15 | Courier | 12/29/06-9/10/12 | | $808.61 |
| 16 | Court Costs | 12/4/06-5/1/12 | 1/2 SPLIT W/AMELIA | $5,400.84 |
| 17 | Court Costs | 12/10/2012 | | $470.00 |
| 18 | Court Costs | 6/1/12-12/17/12 | | $370.00 |
| 19 | Pacer | 5/22/09-4/21/14 | | $165.26 |
| 20 | Research | 4/1/2009-2/1/11 | | $1,278.80 |
| 21 | Deposition | 6/10/09-12/9/10 | | $4,010.70 |
| 22 | Expert | 4/24/07-11/10/10 | | $16,783.16 |
| 23 | Telephone Conferencing | 7/5/07-4/4/12 | | $363.64 |
| 24 | Travel | 3/21/07-6/8/11 | | $1,419.80 |
| 25 | Travel | 11/16/10 - depo of expert - NV | | $969.40 |
| 26 | Mediation | 12/9/2010 | | $925.00 |
| 27 | Bank Charges | 9/10/2008 | | $33.00 |
| 28 | FJD PLC Postage and Copies | 11/06-8/10 | Tina please update | $923.06 |
| 29 | Postage | 7/2/2010 | | $20.90 |
| 30 | CPA - Kent Berger | Inv 3218 7/8/11 | 1/2 SPLIT W/AMELIA | $1,000.00 |
| 31 | **Bankruptcy - Costs Due** | see attached | | $1,502.73 |
| 32 | **BMI-Dissolution - Court Costs** | 5/1/09-12/2/09 | BMI Dissolution | $1,256.90 |
| 33 | | | **$42,105.69** | |
| 34 | **Medical Expenses** | | | |
| 35 | Medical Treatment | 12/6/06-11/25/09 | | $9,838.63 |
| 36 | MRI | 12/29/06-10/22/08 | | $627.49 |
| 37 | RX | 2/14/08-12/17/09 | | $7,097.03 |
| 38 | | | **$17,563.15** | |
| 39 | | | | |
| 40 | **Expenses Guaranteed by FJD, Jr., PLC - Balances Due** | **NOT UPDATED** | | |
| 41 | Jennifer Palmer & Co. Vocational Rehab Corp. | Statement dated 6/16/2014 Acct #539-000003D | | $4,427.20 |
| 42 | Advanced Neurdiagnostic (Shamsnia) | As of 7/10/12 | | $15,250.00 |
| 43 | Star Physical Therapy | Total Charges $10,225.00 - Bal due as of 11/12 | | $8,006.00 |
| 44 | Lovisa, Dr. Valentino L. | as of 11/11/10 | | $3,135.00 |
| 45 | Nevada Imaging Center | as of 3/26/07 | | $2,076.70 |
| 46 | Stand Up Open MRI Ctrs of LA | as of 2/19/10 | | $2,500.00 |
| 47 | RS Medical | 2/12/08-12/12/08 | | $3,125.00 |
| 48 | North Institute | as of 5/7/13 per Phyllis (mgr) | | $6,879.69 |
| 49 | LaPorte, Sehrt, Romig & Hand, CPAs | as of 4/30/13 Statement | | $4,768.09 |
| 50 | | | **$45,740.48** | |
| 51 | **Various Liens - Balances Due** | **NOT UPDATED** | | |
| 52 | Spilsbury, Hamilton, Legendre & Paciera | as of 12/30/09 | | $1,300.00 |
| 53 | Kent Berger, CPA | Inv 2923 5/10 | | $787.50 |
| 54 | Capitelli & Wicker | as of 3/3/10 | | $750.10 |
| 55 | Bruce Dean | 5/15/10-5/20/10 | | $112.50 |
| 56 | Discon Law Firm | as of 2/25/10 | | $489.17 |
| 57 | | | **$3,439.27** | |
| 58 | | | | |
| 59 | The Phia Group - Health Insurance Lien | 1/24/08-11/10/10-per Julie Martin | | $15,310.29 |
| 60 | | | **$15,310.29** | |

EXHIBIT C

| Frank J. D'Amico, Jr., PLC | | updated | 7/7/2014 | |
|---|---|---|---|---|
| | | | Page 2 of 2 | |
| RE: | | Barnett, William | | |
| | Lien Satisfied - Jacques F. Bezou d/b/a The Bezou Law Firm - COSTS | $63,555.34 | | $31,777.67 |
| | *Bezou Reimburement for Overpayment of Orig Lien Payoff to Bezou for $63,555.34* | CREDIT 1/2 split w/William Barnett ck#18147 2/1/12 $28,587.76 | | ($14,293.88) |
| | | | **$17,483.79** | |
| | Heather Barnett - evaluation | 11/5/2010 | Advanced Neurodiagnostics 10/9/10-3/15/11 | $300.00 |
| | | | Balance due | $1,095.00 |
| | Dr. Angela Traylor | 11/15/2010 | | $695.00 |
| | Evaluation-McGregor | 4/21/2010 | | $900.00 |
| | Rachel Barnett - evaluation | 11/5/2010 | Advanced Neurodiagnostics 10/9/10-1/15/11 | $300.00 |
| | | | Balance due | $895.00 |
| | EvaluationMcGregor | 4/21/2010 | | $300.00 |
| | Dr. Angela Traylor | 11/15/2010 | | $695.00 |
| | | | **$5,180.00** | |
| | **Interest** | | | |
| | Advocate Interest | 1/18/07-10/31/07 | | $1,126.97 |
| | Advocate (prepaid int) | 2/1/07-10/07 | | $3,559.98 |
| | Advocate (prepaid int) | refund ck#34428 12/5/07 | | ($599.36) |
| | Advocate (prepaid int) | 5/4/09-6/23/14 | | $18,488.90 |
| | First Bank & Trust | 5/29/08-3/26/14 | PAID OFF | $3,866.74 |
| | Regions Bank | 11/14/07-7/1/14 | | $49,932.69 |
| | | | **$76,375.92** | |
| | Chase Interest for Bezou Payoff - Carimi Law Firm | Split w/Amelia $4,665.99 | | $2,332.99 |
| | | | **$2,332.99** | |
| | | **SUBTOTAL** | **$348,822.64** | |
| | **Less Paydowns** | | | |
| | 4/21/2010 - Heather | ck# 17226 | ($12,200.00) | |
| | 4/21/10 - Rachel | ck# 17221 | ($11,600.00) | |
| | | | | |
| | Cost Reimb from Funds Registry of Court 6/7/11 ck#14607007 | | ($26,068.00) | |
| | | | | |
| | Interest earned from Registry of Court 6/7/11 ck#14607007 | | ($746.03) | |
| | | | | |
| | **NET TOTAL COSTS** | | **$298,208.61** | |
| | | | | |
| | POSSIBLE LIENS - BALANCES DUE MUST BE CONFIRMED | | | |
| | Clement Dennis | $16,712.46 | | |
| | Andrea Timpa | ?? | Succession atty) | |
| | Landwehr Due as of 5/14/09 | $22,447.50 | | |
| | | | | |
| | Abbott Due as of 2/15/10 | $29,745.50 | | |
| | TOTAL TOTAL OF LIENS | $68,905.46 | | |