UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM B. BARNETT and<br>AMELIA BARNETT,<br>　Plaintiffs<br><br>VERSUS<br><br>FRANK J. D'AMICO, JR., INDIVIDUALLY,<br>And/or FRANK J. D'AMICO, JR., APLC,<br>CAPITELLI & WICKER, APLC,<br>THE DISCON FIRM, APLC,<br>FOWLER, RODRIGUEZ & CHALOS, APLC,<br>CLEMENT DENNIS, LINDA SHARPE, RS MEDICAL,<br>BLUE CROSS BLUE SHIELD OF LOUISIANA, and<br>THE UNITED STATES OF AMERICA, and/or<br>THE INTERNAL REVENUE SERVICE,<br>　Defendants | CIVIL ACTION NO. 2:10-cv-1928<br><br><br><br>Formerly No. 2010-13239, c/w<br>No. 2005-12216, Div."H"<br>22nd Judicial District Court<br>St. Tammany Parish<br>State of Louisiana |



*************************************************************************

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared

AMELIA A. BARNETT, who, after being duly sworn, did depose and state:

1. I am the claimant in the suit captioned *William Barnett and Amelia Barnett v. Lincoln General Insurance Co., et al.*, 22nd Judicial District Court; Suit No. 2005-12216; Div. "H," Parish of St. Tammany, State of Louisiana.

2. FRANK J. D'AMICO, JR., individually, and FRANK J. D'AMICO, JR., APLC, represent me in the above referenced suit.

3. The employee contract with FRANK J. D'AMICO, JR., individually, and FRANK J. D'AMICO, JR., APLC, dated November 8, 2006, attached hereto as Exhibit A, bears my signature.

4. I agree that I owe attorney's fees to FRANK J. D'AMICO, JR., individually, and FRANK J. D'AMICO, JR., APLC, in the amount of $78,750.

5. I agree that I owe litigation costs and expenses to FRANK J. D'AMICO, JR., individually, and FRANK J. D'AMICO, JR., APLC, in the amount of $159,510.97.

6. A settlement between myself and the defendant, Lincoln General Insurance Company, was reached in the above referenced suit in the amount of $225,000.

7. I agree that said settlement would not have occurred but for the efforts and expenses put forth by my attorney FRANK J. D'AMICO, JR., individually, and FRANK J. D'AMICO, JR., APLC.

8. The cash advances and loans given to me by FRANK J. D'AMICO, JR., APLC were necessary for my sustenance and survival during the pendency of this action. I was unable to work, I was left destitute and without income as a result of my injuries. Without these loans, I would not have been able to survive during the pendency of this litigation.

_____
Witness

_____
Witness

_____
AMELIA A. BARNETT

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC
THIS 15th DAY OF ~~DECEMBER~~, 2010
                February

_____
KELLY N. HUNT
ATTORNEY & NOTARY PUBLIC
LSBN 32026
My commission is issued for life.